# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PENELOPE EDWARDS-CONRAD,

    Plaintiff,

v.                                  Case No. 3:22-cv-649-TJC-JBT

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Defendant.

## **O R D E R**

Upon review of the Stipulation of Dismissal With Prejudice (Doc. 22), filed on February 21, 2023, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of February, 2023.



*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record